

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,866-01

### EX PARTE DANIEL EVERETT BROOKS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR-11H-100-A IN THE 222nd DISTRICT COURT FROM DEAF SMITH COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of sexual assault and one count of aggravated sexual assault. He was sentenced to imprisonment for twenty years and fifty years, respectively.

This application was originally dismissed for non-compliance with TEX. R. APP. P. 73.1 on January 10, 2018. After reconsideration on our own motion and a review of the record, we withdraw our prior disposition and deny relief.

Filed:  April 18, 2018
Do not publish